FORM ordass7

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

---

In Re:  Christine Ann Monroe                                     Bankruptcy Case No.:   13−30475−KKS
 aka Christine L. Monroe, aka Chris Monroe, aka Christine
 Leboeuf
 SSN/ITIN: xxx−xx−4489
   Debtor

Chapter:  7
Judge:  Karen K. Specie

---

### *ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, RELEASING BOND, AND CLOSING CASE*

It appearing to the Court that Karin A. Garvin , the Trustee in said cause has reduced the property and effects of the said debtor's estate to cash; that the said Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required of him in the administration of said estate;

It is ordered that the accounts of said Trustee be and they hereby are approved and allowed; that the Trustee be and he hereby is discharged and relieved of his trust; and that the bond of the said Trustee be and it hereby is canceled and that the surety or sureties thereon be and they hereby are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Accordingly, this case is hereby closed.

***DONE AND ORDERED*** at Tallahassee, Florida, October 24, 2014 .

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

Service to:
 Debtor
 Debtor(s) Attorney
 Chapter 7 Trustee
 U.S. Trustee